**Arick Graham DAIL, Petitioner–Appellant,**

v.

**UNITED STATES District Court, Respondent–Appellee.**

No. 13–6425.

United States Court of Appeals, Fourth Circuit.

Submitted: July 23, 2013.

Decided: July 26, 2013.

Arick Graham Dail, Appellant Pro Se.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arick Graham Dail, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dail v. United States District Court,* No. 5:12–hc–02181–D (E.D.N.C. Mar. 6, 2013). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are ade-

quately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*